No. 5204.

STATE OF LOUISIANA, ex rel. L. C. RASBERRY, *v.* PARISH JUDGE OF THE
PARISH OF BOSSIER.

Where the issue made by a rule to show cause was, whether a judgment rendered against
the succession administered by the relator should be paid and satisfied out of the indi-
vidual estate of the administrator, on the ground that the administrator refused or
neglected to pay it out of the funds of the estate, and that he failed or refused to file an
account of his administration; and where the decision was that execution issue against
the individual property of the administrator, to be seized and sold to satisfy the judg
ment against the succession, it is clear that the right of appeal lies from such a decision.

APPLICATION for a mandamus, directed to the parish judge of the
parish of Bossier. *John Ray, Fort & McDonald,* for relator.

TALIAFERRO, J. The relator complains that he is refused an appeal
from an order of the defendant making absolute a rule taken against
the relator to show cause why execution should not issue against his
own property, and that it be seized and sold to pay and satisfy a judg-
ment rendered against him as administrator of the succession of L. F.
Steele, in course of administration in the parish of Bossier.

The grounds stated by the respondent for refusing the appeal, we
think, are insufficient. The issue made by the rule was, whether a
judgment rendered against the succession administered by the relator
should be paid and satisfied out of the individual estate of the admin-
istrator, on the ground that the administrator refused or neglected to
pay it out of the funds of the estate, and failed or refused to file an
account of his administration. The decision was that execution issue
against the individual property of the administrator, and that it be
seized and sold to satisfy the judgment against the succession. It is
clear the respondent has the right to appeal.

It is therefore ordered that the rule be made absolute, and the
respondent ordered to grant the appeal prayed for.·